### *LOWERY vs. YOUNG & AL.*

The owners of a steam-boat, are liable for the acts of their captain.

If he neglect to carry goods, the measure of damages is, the difference between the value of them at the period when they ought to be landed, and their value when they are.

APPEAL from the court of the parish and city of New-Orleans.

The defendants were owners of the steam-boat Powhatan, and by their agent at Cincinnati, received from the plaintiff a quantity of flour, to be shipped to New-Orleans by the Powhatan, then at Louisville.

It appeared from the evidence, that the Powhatan left Louisville before the arrival of the flour, which was sent in other boats, and did not reach New-Orleans until the price of

the article had considerably fallen.    There was
judgment for the plaintiff for 357 dollars 20
cents, being the difference between the price    LOWERY·
of the flour at its delivery inNew-Orleans, and    *vs.*
what it would have sold forhad it been sent by    YOUNG & AL.
the Powhatan according tothe bill of lading.
The defendants appealed.

*Preston*, for appellee: *Hawes*, for appellant.

MARTIN, J. delivered the opinion of the
court. The plaintiff claims damages of the
owner of a steam boat, for the neglect of
their agents, who received the plaintiff's
flour in Cincinnati to be conveyed to New-
Orleans, in the boat which was then at Lou-
isville,and departed before the flat on which
the flour was put, reached the latter port.
It is clear the defendants are liable for the act
of their captain, who did not wait for the ar-    The owner of
rival of the plaintiff's flour at Louisville,and    a steamboat is
liable for the acts
of his captain—
thejudge has correctly taken as the measure    if he neglect to
carry goods, the
of damages, the difference in the value of    measure of dam-
ages is the differ-
flou at the time of the boat's arrival, and at    ence between the
value of them at
the price proved of the flour's arrival.    the period when
they ought to be
landed, and their
It is therefore ordered, adjudged and de-    value when they
creed, that the judgment of the parish court    are.
be affirmed with costs.